**POTTER HANDY LLP**
Mark. D. Potter (SBN 166317)
James M. Treglio (SBN 228077)
Isabel Rose Masanque (SBN 292673)
Naomi Butler, Esq. (SBN 332664)
classactions@potterhandy.com
100 Pine St., Ste. 1250
San Francisco, CA 94111
Tel: (415) 534-1911
Fax: (888) 422-5193

Attorneys for Plaintiff

**COZEN O'CONNOR**
Erica Rutner (SBN 344880)
Dasha Sominskaia (SBN 340198)
388 Market Street, Suite 1000
San Francisco, CA 94111
Telephone: (415) 644-0914
Facsimile: (415) 644-0978
Email: erutner@cozen.com
        dsominskaia@cozen.com

Attorneys for Defendant
DermCare Management, LLC

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR HARDY, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DERMCARE MANAGEMENT, LLC, a Florida Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>Defendants. | <u>Class Action</u><br><br>Case No. 2:26-cv-02317-JAM-CKD<br><br>**STIPULATION AND ORDER TRANSFERRING VENUE FROM THE EASTERN DISTRICT OF CALIFORNIA TO THE SOUTHERN DISTRICT OF FLORIDA** |

Case No. 2:26-cv-02317-JAM-KD

STIUPULATION AND ORDER TO TRANSFER ACTION TO SOUTHERN DISTRICT OF FLORIDA

Plaintiff Taylor Hardy ("Plaintiff") and Defendant DermCare Management, LLC ("DermCare") (collectively, the "Parties"), by their undersigned counsel, respectfully stipulate as follows:

WHEREAS, pursuant to the first-to-file rule, the Parties stipulate to transfer venue from the United States District Court for the Eastern District of California to the United States District Court for the Southern District of Florida.

WHEREAS, the instant case arises out of a notice Plaintiff received from DermCare regarding a data incident.

WHEREAS, the instant action was originally filed on May 8, 2026, in the Superior Court of the State of California for the County of Sacramento, Case No. 26CV011218 (the "State Action").

WHEREAS, on June 30, 2026, DermCare removed the State Action to the United States District Court for the Eastern District of California under the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d).

WHEREAS, before the instant action was filed, several other putative class actions were filed in the Southern District of Florida regarding the same data incident, which have all already been consolidated as *In re DermCare Management Data Security Breach Litigation*, No. 0:26-cv-61091-DSL/PAB (S.D. Fla.) ("*In Re DermCare*"), by Order dated May 18, 2026. (*In re DermCare*, ECF No. 18.)

WHEREAS, *In Re DermCare* involves substantially similar claims and theories regarding the same data incident, and Plaintiff and the putative California class members he seeks to represent are members of the putative nationwide class consolidated in *In re DermCare*.

WHEREAS, given that *In Re DermCare* was first filed and given that the claims and the parties in *In re DermCare* are substantially similar to those in this action, the first-to-file rule compels transfer of the instant action to the Southern District of Florida. *In re Bozic*, 888 F.3d 1048, 1055 (9th Cir. 2018) (the first-to-file

rule "allows a court to transfer, stay, or dismiss a later-filed suit in deference to an earlier-filed suit.") (citing *Alltrade, Inc. v. Uniweld Prods., Inc.*, 946 F.2d 622, 623 (9th Cir. 1991)); *Kohn L. Grp., Inc. v. Auto Parts Mfg. Miss., Inc.*, 787 F.3d 1237, 1239-40 (9th Cir. 2015) (first-to-file rule exists to promote efficiency, and courts "should be driven to maximize 'economy, consistency, and comity'" in applying it) (quoting *Cadle Co. v. Whataburger of Alice, Inc.*, 174 F.3d 599, 604 (5th Cir. 1999)); *Randles v. Nationstar Mortg., LLC*, Case No. 1:24-cv-0177-KES-SKO, 2024 WL 1855720, at *7-*8 (E.D. Cal. Apr. 26, 2024) (transferring putative California-only class to Northern District of Texas where first-filed nationwide putative class action asserted similar claims regarding the same data incident, in the interest of judicial efficiency and economy).

THEREFORE, IT IS HEREBY STIPULATED, subject to the approval of the Court, that this action is to transferred United States District Court for the Southern District of Florida.

IT IS SO STIPULATED.

DATED: July 1, 2026                                COZEN O'CONNOR

                                                   */s/ Erica Rutner*

                                                   Erica Rutner
                                                   Attorney for Defendants

DATED: July 1, 2026                                POTTER HANDY LLP

                                                   */s/ Isabel Rose Masanque*
                                                   Isabel Rose Masanque
                                                   Attorney for Plaintiff

- 2 -                                              Case No. 2:26-at-01113

STIUPULATION AND ORDER TO TRANSFER ACTION TO SOUTHERN DISTRICT OF FLORIDA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR HARDY, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DERMCARE MANAGEMENT, LLC, a Florida Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>Defendants. | <u>Class Action</u><br><br>Case No. 2:26-cv-02317-JAM-CKD<br><br>**ORDER TRANSFERRING VENUE FROM THE EASTERN DISTRICT OF CALIFORNIA TO THE SOUTHERN DISTRICT OF FLORIDA** |

Pursuant to the Parties' Stipulation Transferring Venue from the Eastern District of California to the Southern District of Florida (ECF No. 2) ("Stipulation"), and for good cause shown, the Parties' Stipulation is **GRANTED**.  Accordingly, this case is **TRANSFERRED** to the United States District Court for the Southern District of Florida.

IT IS SO ORDERED.

Dated: July 14, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

Case No. 2:26-cv-02317-JAM

ORDER TO TRANSFER ACTION TO SOUTHERN DISTRICT OF FLORIDA